**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Reynaldo AHUMADA–ONTIVEROS,**
**Defendant–Appellant.**

No. 12–10947
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 18, 2013.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jerry Van Beard, Esq., Assistant Federal Public Defender, Charles M. Bleil, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before JONES, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Reynaldo Ahumada–Ontiveros has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Ahumada–Ontiveros has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents

no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.